1  Lenore L. Albert
2  Email: lenalbert@InteractiveCounsel.com
   1968 S Coast Hwy #3960
3  Laguna Beach, CA 92651
4  Telephone: 424-365-0741
   Plaintiff, pro se
5

6  James Ocon
7  Email: Jim.Ocon@Oconcompany.com
   10131 Louise Ave.
8  Northridge, CA 91325
9  Telephone: 719-505-2187
   Plaintiff, pro se
10

11  Ryan McMahon
12  Email: Codethree53@gmail.com
    7533 English Hills Road
13  Vacaville, CA 95687
14  Telephone: 707-333-3127
    Plaintiff, pro se
15

16  Larry Tran
17  Email: larrylytran@gmail.com
    29559 Fitch Ave.
18  Canyon Country, CA 91351
19  Telephone: 626-217-7836
    Plaintiff, pro se
20

21  Theresa Marasco
22  Email: theresa.marasco@gmail.com
    PO Box 1035
23  Santa Monica, CA 90404
24  Telephone: 720-226-4051
    Plaintiff, pro se
25

26  Chad Pratt
27  Email: Chadprattsr@gmail.com
    660 S Figueroa St, Ste 1920
28  Los Angeles, CA 90017-3569

1

Notice of Related Cases
*Albert v Tyler Technologies, et al.*

Telephone: 213-840-2423
Plaintiff, pro per

Leslie Westmoreland
Westmorelandlw7@gmail.com
1715 East Alluvial Ave. #214
Fresno, CA 93720
Telephone: 559-727-1604
Plaintiff, pro per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORE ALBERT, JAMES OCON; RYAN MCMAHON; LARRY TRAN; THERESA MARASCO; CHAD PRATT; AND LESLIE WESTMORELAND;<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.; STATE BAR OF CALIFORNIA; RICK RANKIN; STEVE MAZER; LEAH WILSON, RUBEN DURAN; SHERELL MCFARLANE; KATHERINE KINSEY; BENSON HOM; CINDY CHAN; SUZANNE GRANDT; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 8:24-cv-01997<br><br>**NOTICE OF RELATED CASES** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2
Notice of Related Cases
*Albert v Tyler Technologies, et al.*

**PLEASE TAKE NOTICE** this case is related to the case of *John Roe v State Bar of California* 22-cv-00983-DFM which was dismissed on April 3, 2023. It was remanded back to the Orange County Superior Court as Case No. 30-2022-01250695 and is stayed until October 18, 2024 so the putative class members can find other class counsel. Plaintiff Lenore Albert was counsel of record in that case until she was disbarred. Now she sues in her own right for the data breach.

The same transaction or occurrence of the 2022 State Bar data breach including the cause of action that the State Bar violated Section 4 of the Clayton Act in an attempt to regulate the practice of law in federal courts has been repleaded.

Plaintiff was the counsel in the case captioned *John Roe v State Bar of California* and as such was barred from being a plaintiff in that matter. Now that the State Bar disbarred Ms. Albert and disqualified her from representing the plaintiffs in the putative class action, she has additional damages stemming therefrom. Therefore the case arises from the same or a closely related transaction, happening, or event; calls for a determination of the same or substantially related or similar questions of law and fact; and for other reasons would entail substantial duplication of labor if heard by different judges.

Dated: September 16, 2024          Respectfully Submitted,

/s/ Lenore Albert_____

LENORE L. ALBERT, plaintiff pro per