Name: Ryan McMahon
Address: 7533 English Hills Road
Vacaville, CA 95687
Phone Number: 707-333-3127
Email Address: Codethree53@gmail.com
*Pro Se*

FILED
CLERK, U.S. DISTRICT COURT
SEP 2 0 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORE ALBERT, JAMES OCON; RYAN MCMAHON; LARRY TRAN; THERESA MARASCO; CHAD PRATT; AND LESLIE WESTMORELAND;<br><br>PLAINTIFF(S)<br>v.<br>TYLER TECHNOLOGIES, INC.; STATE BAR OF CALIFORNIA; RICK RANKIN; STEVE MAZER; LEAH WILSON, RUBEN DURAN; SHERELL MCFARLANE; KATHERINE KINSEY; BENSON HOM; CINDY CHAN; SUZANNE GRANDT; and DOES 1 through 50, inclusive,<br>DEFENDANT(S) | CASE NUMBER<br>8:24-cv-1997-WLH-ADS<br><br><br>APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |

As the ☒ Plaintiff ☐ Defendant   in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*
   [✔] A Computer with internet access.
   [✔] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   [✔] A scanner to convert documents that are only in paper format into electronic files.
   [✔] A printer or copier to create required paper copies such as chambers copies.
   [✔] A word-processing program to create documents; and
   [✔] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 09/16/2024                                  Signature: /s/ Ryan McMahon

CV-005 (02/20)                     APPLICATION FOR PERMISSION FOR ELECTRONIC FILING



ReadyPost
Document Mailer



From:
RYAN MCMAHON
7533 ENGLISH HILLS ROAD
VACAVILLE, CA 95688

To: UNITED STATES DISTRICT COURT
ATT: CIVIL CLERK
411 West 4th Street
Santa Ana, CA. 92701

RE CASE # 8:24-CV-1997





DENVER CO 802
17 SEP 2024 PM 5 L

USPS 93300006 6" x 9" Envelope
1PJE2150 · AIC-093
Product Code 93300006
www.usps.com
A product of the United States Postal Service®
MADE IN THE U.S.A.