AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| LENORE ALBERT, JAMES OCON; RYAN MCMAHON; LARRY TRAN; THERESA MARASCO; CHAD PRATT; AND LESLIE WESTMORELAND;<br><br>*Plaintiff(s)*<br>v.<br>TYLER TECHNOLOGIES, INC.;<br>(see attached for additional defendants)<br><br>*Defendant(s)* | Civil Action No. 8:24-cv-01997-WLH-ADS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SHERELL MCFARLANE
STATE BAR OF CALIFORNIA
Attn: Leah Wilson as authorized agent to accept service
180 Howard St. San Francisco, CA 94105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lenore Albert
1968 S Coast Hwy #3960
Laguna Beach, CA 92651

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/23/2024

B. Moss

*Signature of Clerk or Deputy Clerk*

Lenore L. Albert
Email: lenalbert@InteractiveCounsel.com
1968 S Coast Hwy #3960
Laguna Beach, CA 92651
Telephone: 424-365-0741
Plaintiff, pro se

James Ocon
Email: Jim.Ocon@Oconcompany.com
10131 Louise Ave.
Northridge, CA 91325
Telephone: 719-505-2187
Plaintiff, pro se

Ryan McMahon
Email: Codethree53@gmail.com
7533 English Hills Road
Vacaville, CA 95687
Telephone: 707-333-3127
Plaintiff, pro se

Larry Tran
Email: larrylytran@gmail.com
29559 Fitch Ave.
Canyon Country, CA 91351
Telephone: 626-217-7836
Plaintiff, pro se

Theresa Marasco
Email: theresa.marasco@gmail.com
PO Box 1035
Santa Monica, CA 90404
Telephone: 720-226-4051
Plaintiff, pro se

Chad Pratt
Email: Chadprattsr@gmail.com
660 S Figueroa St, Ste 1920
Los Angeles, CA 90017-3569
Telephone: 213-840-2423

Complaint for Constitutional Violations and Anticompetitive Conduct
*Albert v Tyler Technologies, et al.*

Plaintiff, pro per

Leslie Westmoreland
Westmorelandlw7@gmail.com
1715 East Alluvial Ave. #214
Fresno, CA 93720
Telephone: 559-727-1604
Plaintiff, pro per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORE ALBERT, JAMES OCON; RYAN MCMAHON; LARRY TRAN; THERESA MARASCO; CHAD PRATT; AND LESLIE WESTMORELAND;<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.; STATE BAR OF CALIFORNIA; RICK RANKIN; STEVE MAZER; LEAH WILSON, RUBEN DURAN; SHERELL MCFARLANE; KATHERINE KINSEY; BENSON HOM; CINDY CHAN; SUZANNE GRANDT; and DOES 1 through 50, inclusive,<br>Defendants. | CASE NO. 8:24-cv-1997<br><br>**COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS AND ANTICOMPETITIVE CONDUCT**<br><br><u>**ACTION SEEKING STATEWIDE OR NATIONWIDE RELIEF**</u><br><br>[**DEMAND FOR JURY TRIAL**]<br>[Related case: John Roe v State Bar of California 22-cv-00983-DFM] |

Plaintiff Lenore Albert, James Ocon, Ryan McMahon, Larry Tran, Theresa Marasco, Chad Pratt, and Leslie Westmoreland (collectively the "Plaintiffs") bring this action against Defendants Tyler Technologies, Inc., State Bar of California, Rick Rankin, Steve Mazer, Leah Wilson, Ruben Duran, Sherell McFarlane, Katherine Kinsey, Benson Hom, Cindy Chan, Suzanne Grandt, and Does 1 through 50, and each of them, so captioned, (collectively the "Defendants") and alleges the following on information and belief, except as to those allegations which pertain to the Plaintiffs and are within their personal knowledge:

2

Complaint for Constitutional Violations and Anticompetitive Conduct
*Albert v Tyler Technologies, et al.*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-01997-WLH-ADS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

ADDITIONAL DEFENDANTS

STATE BAR OF CALIFORNIA; RICK RANKIN; STEVE MAZER; LEAH WILSON, RUBEN DURAN; SHERELL MCFARLANE; KATHERINE KINSEY; BENSON HOM; CINDY CHAN; SUZANNE GRANDT; and DOES 1 through 50, inclusive,

DEFENDANTS FOR SERVICE OF SUMMONS:

TYLER TECHNOLOGIES, INC.
CAPITOL CORPORATE SERVICES, INC. authorized agent
LO SAECHAO
455 CAPITOL MALL COMPLEX STE 217
SACRAMENTO, CA 95814

STATE BAR OF CALIFORNIA
Attn: Leah Wilson as authorized agent to accept service
180 Howard St.
San Francisco, CA 94105
415-538-2000
serviceofprocess@calbar.ca.gov

RICK RANKIN
ROCKET CORPORATE SERVICES INC., authorized agent
182 HOWARD ST #830
SAN FRANCISCO,CA94105

STEVE MAZER;
STATE BAR OF CALIFORNIA
Attn: Leah Wilson as authorized agent to accept service
180 Howard St.
San Francisco, CA 94105
415-538-2000
serviceofprocess@calbar.ca.gov

LEAH WILSON
STATE BAR OF CALIFORNIA
Attn: Leah Wilson as authorized agent to accept service
180 Howard St.
San Francisco, CA 94105
415-538-2000
serviceofprocess@calbar.ca.gov

RUBEN DURAN
STATE BAR OF CALIFORNIA
Attn: Leah Wilson as authorized agent to accept service
180 Howard St.

San Francisco, CA 94105
415-538-2000
serviceofprocess@calbar.ca.gov

SHERELL MCFARLANE
STATE BAR OF CALIFORNIA
Attn: Leah Wilson as authorized agent to accept service
180 Howard St.
San Francisco, CA 94105
415-538-2000
serviceofprocess@calbar.ca.gov

KATHERINE KINSEY
STATE BAR OF CALIFORNIA
Attn: Leah Wilson as authorized agent to accept service
180 Howard St.
San Francisco, CA 94105
415-538-2000
serviceofprocess@calbar.ca.gov

BENSON HOM
STATE BAR OF CALIFORNIA
Attn: Leah Wilson as authorized agent to accept service
180 Howard St.
San Francisco, CA 94105
415-538-2000
serviceofprocess@calbar.ca.gov

CINDY CHAN
STATE BAR OF CALIFORNIA
Attn: Leah Wilson as authorized agent to accept service
180 Howard St.
San Francisco, CA 94105
415-538-2000
serviceofprocess@calbar.ca.gov

SUZANNE GRANDT
STATE BAR OF CALIFORNIA
Attn: Leah Wilson as authorized agent to accept service
180 Howard St.
San Francisco, CA 94105
415-538-2000
serviceofprocess@calbar.ca.gov