POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Lenore Albert<br>1968 S Coast Hwy #3960<br>Laguna Beach, CA 92651<br><br>TELEPHONE NO.: 424-365-0741   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: lenorealbert@msn.com<br>ATTORNEY FOR *(Name)*: Plaintiff Lenore Albert | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** U.S. DISTRICT COURT
STREET ADDRESS: Central District of California
MAILING ADDRESS: 350 W. First Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME:

| PLAINTIFF/PETITIONER: Lenore Albert, et al | CASE NUMBER:<br>24-cv-01997-WLH (ADSx) |
|---|---|
| DEFENDANT/RESPONDENT: Tyler Technologies, Inc., State Bar of California, et al. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [x] Alternative Dispute Resolution (ADR) package
   d. [x] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents):* Notice of Related Cases, Assignment, and Consent
3. a. Party served *(specify name of party as shown on documents served)*:
   State Bar of California
   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Leah Wilson, Executive Director
4. Address where the party was served:
   email: serviceofprocess@calbar.ca.gov as required; 180 Howard St, San Francisco, CA
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date)*:   (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.
   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

POS-010

| | |
|---|---|
| PLAINTIFF/PETITIONER: Lenore Albert, et al <br> DEFENDANT/RESPONDENT: Tyler Technologies, Inc., State Bar of California, et al. | CASE NUMBER: <br> 24-cv-01997-WLH (ADSx) |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*  (2) from *(city):*

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [x] **by other means** *(specify means of service and authorizing code section):*
   by email via One Legal as process server by consent and requirement of the State Bar of California to: serviceofprocess@calbar.ca.gov

   [x] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [x] On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      
      [ ] 416.10 (corporation)          [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)  [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership) [ ] 416.90 (authorized person)
      [x] 416.50 (public entity)        [ ] 415.46 (occupant)
                                        [ ] other:

7. **Person who served papers**
   a. Name: Lenore Albert through One Legal Process Service
   b. Address: 1968 S Coast Hwy #3960, Laguna Beach, CA 92651
   c. Telephone number: 424-365-0741
   d. **The fee** for service was: $ 1.00
   e. I am:
      (1) [x] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
         (i) [ ] owner   [ ] employee   [ ] independent contractor.
         (ii) Registration No.:
         (iii) County:

8. [x] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 09-25-2024

Lenore Albert                                                   ▶ /s/Lenore Albert
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                        (SIGNATURE)

POS-010 [Rev. January 1, 2007]           **PROOF OF SERVICE OF SUMMONS**                    Page 2 of 2

9/23/24, 11:15 AM Yahoo Mail - Automatic reply: Service upon Leah Wilson, Exec. Director for the State Bar of California in John Roe, et al v The Stat…

Case 8:24-cv-01097-WLH-DFM Document 32 Filed 09/25/24 Page 3 of 4 Page ID #:262

Automatic reply: Service upon Leah Wilson, Exec. Director for the State Bar of California in John Roe, et al v The State Bar of California, et al.

From: serviceofprocess (serviceofprocess@calbar.ca.gov)

To: lenalbert@interactivecounsel.com

Date: Thursday, March 24, 2022 at 11:21 AM PDT

**THIS IS AN AUTOMATIC REPLY.**

This message is to acknowledge receipt of the document(s) you have sent to the State Bar for service of process.

The State Bar will only accept legal document(s) naming the State Bar (or its employees and officers for matters in connection with their official duties). The State Bar is not authorized to accept the service of process on behalf of its employees and officers regarding matters outside the scope of their official duties. By receiving your document(s), the State Bar and its employees and officers do not waive any right to object to the validity of service. Your document(s) will be reviewed after receipt and you will be notified if service is rejected due to a defect.

If you are seeking to tender any witness fees in connection with a subpoena, please reply directly to this email to request instructions for how to send your payment.

State Bar Court Filings: Sending documents to this email address it not a valid method to file documents in State Bar Court, and any such documents attempted to be filed in this manner are deemed rejected. Filings in State Bar Court may only be made pursuant to the rules of that court.

Office of General Counsel
The State Bar of California | 180 Howard Street | San Francisco, CA 94105
415.538.2000 | serviceofprocess@calbar.ca.gov

***Working to protect the public in support of the mission of the State Bar of California.***
Please consider the environment before printing this email.
LinkedIn | Twitter | Facebook | Instagram



# Order #23802628: eServe

Submitted: 9/25/2024 9:24 AM PT

 **Complete**

**MESSAGE FROM ONE LEGAL:** You are responsible for preparing a Proof of Service for this eServe. Learn more »

## Documents

**Returned (0)**

No documents are available.

**Your Files (7)**

| Document Title | Document Type | Pages | Status |
| --- | --- | --- | --- |
| Complaint | Complaint | 106 | Uploaded |
| Civil Case Cover Sheet | Civil Case Cover Sheet | 3 | Uploaded |
| Notice | Notice | 1 | Uploaded |
| Notice of ADR | Notice | 2 | Uploaded |
| Notice of Consent | Notice | 1 | Uploaded |
| Notice of Related Cases | Notice | 3 | Uploaded |
| Summons to State Bar | Summons | 6 | Uploaded |

## eServe Recipients

| Name | Email | Status |
| --- | --- | --- |
| State Bar of California | serviceofprocess@calbar.ca.gov | **Viewed - 9/25/2024 9:30 AM PT**<br>Partially Viewed - 9/25/2024 9:30 AM PT<br>Retrieved - 9/25/2024 9:30 AM PT<br>Notification Sent - 9/25/2024 9:24 AM PT |

## Case Information

**Court**
United States District Court, Central District of California (Central District of California - District - Los Angeles - First Street)

**Number**
8:24-cv-01997-WLH-ADS

**Title**
Lenore Albert vs Tyler Technologies

**Matter / Billing Code**
TylerTech

Confirmation Receipt #31157775