# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Albert et al<br><br>v.<br><br>Tyler Technologies, Inc. et al<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:24-cv-01997 WLH(ADSx)<br><br>**ORDER RE TRANSFER PURSUANT TO LOCAL RULE 83-1.3.1**<br>(Magistrate Judge Related Cases) |

[This form shall be used only in cases which do not qualify for direct assignment to the most recently assigned magistrate judge (see General Order 05-07).]

## CONSENT

I hereby consent to transfer of the above-entitled case ☐ as to matters referred pursuant to General Order 05-07 ☒ as to any discovery matters that are or may be referred to a Magistrate Judge to my calendar pursuant to Local Rule 83-1.3.1 and General Order 23-05.

September 24, 2024
Date

Douglas F. McCormick
United States Magistrate Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____

_____                          _____
Date                                  United States Magistrate Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   8:22-cv-00983 DFM   and the present case:

☑ A. Arise from the same or closely related transactions, happenings or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges.

## NOTICE TO COUNSEL FROM CLERK

On all documents subsequently filed in this case, please substitute the initials   DFM   after the case number in place of the initials of the prior judge, so that the case number will read  8:24-cv-01997 WLH(DFMx) . This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ Previous Judge   ☐ Statistics Clerk
CV-34A (05/23)    ORDER RE TRANSFER PURSUANT TO LOCAL RULE 83-1.3.1 (Magistrate Judge Related Cases)