Name: Theresa H. Marasco

Address: P.O. Box 1035

Santa Monica, CA 90406

Phone Number: (720) 226-4051

Email Address: theresa.marasco@gmail.com

*Pro Se*

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 4 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORE ALBERT,; JAMES OCON; RYAN MCMAHON; LARRY TRAN; THERESA MARASCO; CHAD PRATT; AND LESLIE WESTMORELAND; <br> PLAINTIFF(S) <br> v. <br> TYLER TECHNOLOGIES, INC; STATE BAR OF CALIFORNIA; RICK RANKIN; STEVE MAZER; LEAH WILSON; RUBEN DURAN; ET AL <br> DEFENDANT(S) | CASE NUMBER <br><br> 8:24-cv-1997-WLH-ADS <br><br><br> **APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*
   - ✓ A Computer with internet access.
   - ✓ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - ✓ A scanner to convert documents that are only in paper format into electronic files.
   - ✓ A printer or copier to create required paper copies such as chambers copies.
   - ✓ A word-processing program to create documents; and
   - ✓ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 09/16/2024    Signature: *[signed] Theresa H. Marasco*

CV-005 (02/20)    APPLICATION FOR PERMISSION FOR ELECTRONIC FILING





Case 8:24-cv-01997-WLH-DFM    Document 34    Filed 09/24/24    Page 3 of 3    Page ID #:267