**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Albert et al. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 8:24-cv-01997-WLH-ADS |
| v. | |
| Tyler Technologies, Inc. et al | ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |
| DEFENDANT(S) | |

IT IS ORDERED that the Application for Permission for Electronic Filing by Ryan McMahon is hereby:

☑ GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: 9/26/2024

United States District/Magistrate Judge

☐ DENIED

*Comments:*

Dated:

United States District/Magistrate Judge

CV-05 Order (12/15)   ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING