Lenore L. Albert
Email: lenalbert@InteractiveCounsel.com
1968 S Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Plaintiff, pro se

James Ocon
Email: Jim.Ocon@Oconcompany.com
10131 Louise Ave.
Northridge, CA 91325
Telephone: (719) 505-2187
Plaintiff, pro se

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LENORE ALBERT, et al, <br><br>                    Plaintiff, <br>vs. <br><br>TYLER TECHNOLOGIES, INC., et al, <br>                    Defendants. | CASE NO. 8:24-cv-01997-WLH (DFMx) <br><br> **NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS LENORE ALBERT, JAMES OCON, LARRY TRAN, THERESA MARASCO, RYAN MCMAHON, AND LESLIE WESTMORELAND AND DEFENDANT RICK RANKIN** <br><br>Complaint filed: 09-16-2024 <br> First Amended Complaint filed: 11-04-2024 <br><br> Ctrm: 9B – 9th Flr |

Ryan McMahon
Email: Codethree53@gmail.com
7533 English Hills Road
Vacaville, CA 95687
Telephone: 707-333-3127

1
**NOTICE OF SETTLEMENT WITH DEFENDANT RICK RANKIN**
*Albert, et al. v Tyler Technologies, Inc., et al.* Case No. 8:24-cv-01997-WLH (DFMx)

Plaintiff, pro se

Larry Tran
Email: larrylytran@gmail.com
29559 Fitch Ave.
Canyon Country, CA 91351
Telephone: 626-217-7836
Plaintiff, pro se

Theresa Marasco
Email: theresa.marasco@gmail.com
PO Box 1035
Santa Monica, CA 90404
Telephone: 720-226-4051
Plaintiff, pro se

Leslie Westmoreland
Westmorelandlw7@gmail.com
1715 East Alluvial Ave. #214
Fresno, CA 93720
Telephone: 559-727-1604
Plaintiff, pro se

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that PLAINTIFFS LENORE ALBERT, JAMES OCON, LARRY TRAN, THERESA MARASCO, RYAN MCMAHON, AND LESLIE WESTMORELAND have settled all claims against DEFENDANT RICK RANKIN, *only,* in this action.

Dated:  December 17, 2024          Respectfully Submitted,

/s/ Lenore L. Albert
Lenore L. Albert, plaintiff, pro se

Dated:  December 17, 2024          Respectfully Submitted,

/s/ Larry Tran
Larry Tran, plaintiff, pro se

**NOTICE OF SETTLEMENT WITH DEFENDANT RICK RANKIN**
*Albert, et al. v Tyler Technologies, Inc., et al.* Case No. 8:24-cv-01997-WLH (DFMx)

Dated: December 17, 2024          Respectfully Submitted,

/s/ Theresa Marasco
Theresa Marasco, plaintiff, pro se

Dated: December 17, 2024          Respectfully Submitted,

/s/ James Ocon
James Ocon, plaintiff, pro se

Dated: December 17, 2024          Respectfully Submitted,

/s/ Ryan McMahon
Ryan McMahon, plaintiff, pro se

Dated: December 17, 2024          Respectfully Submitted,

/s/ Leslie Westmoreland
Leslie Westmoreland, plaintiff, pro se

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and a party to the within action using ECF to file and serve; that I am employed in Orange County, California; my business address is 1968 S Coast Hwy #3960, Laguna Beach, CA 92651. On December 17, 2024, I served a copy of the following document(s) described as:

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS LENORE ALBERT, JAMES OCON, LARRY TRAN, THERESA MARASCO, RYAN MCMAHON, AND LESLIE WESTMORELAND AND DEFENDANT RICK RANKIN**

On the interested parties in this action as follows:

See Electronic Service list

**[x] BY E-SERVE and EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth. (Per Covid-19 Order)

**[] BY MAIL–** I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as regular US Mail at Huntington Beach, California, to the aforementioned addressee(s).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: December 17, 2024

                                                            /s/Lenore Albert_____
                                                              Lenore Albert

**NOTICE OF SETTLEMENT WITH DEFENDANT RICK RANKIN**
*Albert, et al. v Tyler Technologies, Inc., et al.* Case No. 8:24-cv-01997-WLH (DFMx)

# ELECTRONIC SERVICE LIST

**For Defendants State Bar of California, Cindy Chan, Benson Hom, Suzanne Grandt, George Cardona, Ruben Duran, Steve Mazer, Leah Wilson**

KEVIN GILBERT, ESQ.
kgilbert@ohhlegal.com
Orbach Huff & Henderson LLP
6200 Stoneridge Mall Road, Suite 225
Pleasanton, California  94588 (510) 350-3582 Direct

SUZANNE C. GRANDT (304794)
Email: suzanne.grandt@calbar.ca.gov
Assistant General Counsel
OFFICE OF GENERAL COUNSEL THE STATE BAR OF CALIFORNIA
180 Howard Street
San Francisco, CA 94105-1639 Telephone: 415-538-2388; Facsimile: 415-538-2517

**For Defendant Rick Rankin**
**JEFFER MANGELS BUTLER & MITCHELL LLP**
MICHAEL A. GOLD (Bar No. 90667)
*mgold@jmbm.com*
JUSTIN ANDERSON (Bar No. 328969)
*Janderson@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080, Facsimile: (310) 203-0567

**For Defendant Tyler Technologies, Inc.**
Beth Petronia beth.petronio@klgates.com
Zachary T. Timm (SBN 316564) zach.timm@klgates.com

**K&L GATES LLP**
10100 Santa Monica Boulevard Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000 Facsimile: 310.552.5001

Co-plaintiffs by email by consent – as listed on the caption.

**NOTICE OF SETTLEMENT WITH DEFENDANT RICK RANKIN**
*Albert, et al. v Tyler Technologies, Inc., et al.* Case No. 8:24-cv-01997-WLH (DFMx)