Zachary T. Timm (SBN 316564)
zach.timm@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Beth W. Petronio, *admitted pro hac vice*
beth.petronio@klgates.com
**K&L GATES LLP**
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone: (214) 939-5815
Facsimile: (214) 939-5849

Attorneys for Defendant
Tyler Technologies, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| LENORE ALBERT, *et al.*<br><br>  Plaintiffs,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC., *et al.*<br><br>  Defendants. | Case No. 8:24-cv-01997-JLS(DFMx)<br>[Assigned to the Hon. Wesley L. Hsu]<br><br>**TYLER TECHNOLOGIES, INC.'S RE-NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: September 16, 2024<br><br>Hearing Date:  March 7, 2025<br>Time:          10:30 a.m.<br>Courtroom:     8A |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 7, 2025, at 10:30 a.m. or as soon thereafter as the matter may be heard in Courtroom 8A of the above-captioned Court, located at 350 W. 1st Street, Los Angeles, California 90012, Defendant Tyler Technologies, Inc. ("Tyler") will and hereby does move to dismiss Plaintiffs' First Amended Complaint (the "FAC"), with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion").

This Motion is made on the grounds that the Plaintiffs have failed to state any claim against Tyler upon which relief can be granted. Because no facts exist that can be added to an amended Complaint, dismissal should be with prejudice.

This motion is made following the conferences of counsel for Plaintiffs, Tyler, and certain of the State Bar of California defendants pursuant to Local Rule 7-3, which took place on November 12, 2024. (Petronio Decl., ¶ 10.)[1] Tyler, by and through its counsel, explained the basis for this Motion, including the grounds upon with relief is sought, but Plaintiffs would not agree to dismiss Tyler with prejudice. Accordingly, the Parties have reached an impasse, requiring Tyler to bring the instant Motion.

This Motion is based upon this Re-Notice; all briefing previously filed relating to the Motion (including the original Notice of Motion and Motion and Memorandum of Points and Authorities (Dkt. 80); supporting declaration of Beth W. Petronio and Exhibit thereto (Dkts. 80-1 – 80-2); declaration of Zachary T. Timm and Exhibits thereto (Dkt. 80-3 – 80-8); and Tyler's Reply Brief (Dkt. 98)); any additional argument and evidence that may be presented to the Court prior to or at the hearing on this Motion; the complete files and records in this action; and such other and further matters as the Court may deem just and proper to consider with this Motion.

For the Court's convenience, Tyler is re-submitting the relevant documents submitted in support of, and opposition to, the Motion as follows:

---

[1] The claims against Tyler in the FAC were also included in the Plaintiffs' initial Complaint. The Parties met and conferred on October 22 and 29, 2024 with respect to those claims. (Petronio Decl., ¶ 6; Timm Decl., ¶ 3.)

**Exhibit 1:** Tyler's Motion to Dismiss First Amended Complaint and Memorandum of Points and Authorities in Support Thereof (Dkt. 80);

**Exhibit 2:** Declaration of Beth Petronio and Exhibit A attached thereto (Dkts. 80-1 & 80-2);

**Exhibit 3:** Declaration of Zachary Timm and Exhibits A-E attached thereto (Dkts. 80-3 – 80-8);

**Exhibit 4:** [Proposed] Order submitted with Tyler's Motion (Dkt. 80-9);

**Exhibit 5:** Proof of Service of Tyler's Motion (Dkt. 80-10);

**Exhibit 6:** Plaintiffs' Joint Opposition to Tyler's Motion (Dkt. 88);

**Exhibit 7:** Declaration of Lenore Albert and Exhibits 1-7 attached thereto (Dkts. 88-1 – 88-8);

**Exhibit 8:** Plaintiffs' Request for Judicial Notice (Dkt. 88-9);

**Exhibit 9:** Plaintiffs' Evidentiary Objections (Dkt. 88-10); and

**Exhibit 10:** Tyler's Reply Brief in support of its Motion and Proof of Service (Dkts. 98-99).

**K&L GATES LLP**

Dated: January 8, 2025      By:   */s/ Zachary T. Timm*
                                    Beth W. Petronio (admitted *pro hac vice*)
                                    Zachary T. Timm

                                    Attorneys for Defendant
                                    TYLER TECHNOLOGIES, INC.