# EXHIBIT 4

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| LENORE ALBERT, JAMES OCON, RYAN MCMAHON, LARRY TRAN, THERESA MARASCO; CHAD PRATT; AND LESLIE WESTMORELAND<br><br>Plaintiffs,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC., STATE BAR OF CALIFORNIA; RICK RANKIN, STEVE MAZER, LEAH WILSON, RUBEN DURAN SHERRELL MCFARLANE; KATHERINE KINSEY, BENSON HOM, CINDY CHAN, SUZANNE GRANT, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 8:24-cv-01997-WLH-DFM<br>[Assigned to the Hon. Wesley L. Hsu]<br><br>**[PROPOSED] ORDER GRANTING TYLER TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: September 16, 2024<br><br>Hearing Date: December 20, 2024<br>Time: 1:30 p.m.<br>Courtroom: 9B |

**[PROPOSED] ORDER**

Having considered Defendant Tyler Technologies, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion"), and good cause appearing, **IT IS HEREBY ORDERED** that Tyler's Motion is GRANTED in its entirety. Plaintiffs' claims against Tyler are dismissed in their entirety, and Tyler is dismissed as a Defendant to this Case.

Date:

                                        Honorable Wesley L. Hsu
                                        United States District Judge

**[PROPOSED] ORDER**