# EXHIBIT 5

# CERTIFICATE OF SERVICE

**Case No. 8:24-cv-01997-WLH-DFM**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: K&L GATES LLP, 10100 Santa Monica Boulevard Eighth Floor, Los Angeles, CA 90067.

On November 18, 2024, I served the document(s) described as:

- **TYLER TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT;**
- **DECLARATION OF BETH PETRONIO IN SUPPORT OF DEFENDANT TYLER TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT;**
- **DECLARATION OF ZACHARY TIMM IN SUPPORT OF DEFENDANT TYLER TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT;**
- **[PROPOSED] ORDER GRANTING TYLER TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT.**

| | |
|---|---|
| Leslie Westmoreland<br>1715 East Alluvial Avenue, #214<br>Fresno, CA 93720<br>Telephone: (559) 727-1604<br>Email: westmorelandlw7@gmail.com | Plaintiff Pro Se |
| Robert M. Shaw<br>613 Lincoln Street<br>Osage City, CA 66523 | Movant and Self-Described Interested Party |

on the interested parties in this action by delivering a true copy thereof as follows:

☒ **BY U.S. MAIL:** I caused true and correct copies of such document(s) to be placed in sealed envelope(s). I caused such envelope(s) to be deposited in the mail in Los Angeles, California with postage thereon fully prepaid to the address(es) indicated above. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 18, 2024, at Los Angeles, California.

/s/ *Zachary T. Timm*
Zachary T. Timm

**PROOF OF SERVICE**