# EXHIBIT 8

Lenore L. Albert
Email: lenalbert@InteractiveCounsel.com
1968 S Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Plaintiff, pro per

James Ocon
Email: Jim.Ocon@Oconcompany.com
10131 Louise Ave.
Northridge, CA 91325
Telephone: (719) 505-2187
Plaintiff, pro se

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORE ALBERT, et al,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., et al,<br>Defendants. | CASE NO. 8:24-cv-01997-WLH (DFMx)<br><br>**PLAINTIFF LENORE ALBERT'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO TYLER TECHNOLOGIES' MOTION TO DISMISS**<br><br>Complaint filed: 09-16-2024<br>First Amended Complaint filed: 11-04-2024<br><br>Hearing Date: December 20, 2024<br>Time: 1:30PM<br>Ctrm: 9B – 9th Flr |

Ryan McMahon
Email: Codethree53@gmail.com
7533 English Hills Road
Vacaville, CA 95687

i
**PLAINTIFF LENORE ALBERT'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO TYLER TECHNOLOGIES' MOTION TO DISMISS**
*Albert, et al. v Tyler Technologies, Inc., et al.* Case No. 8:24-cv-01997-WLH (DFMx)

Telephone: 707-333-3127
Plaintiff, pro se

Larry Tran
Email: larrylytran@gmail.com
29559 Fitch Ave.
Canyon Country, CA 91351
Telephone: 626-217-7836
Plaintiff, pro se

Theresa Marasco
Email: theresa.marasco@gmail.com
PO Box 1035
Santa Monica, CA 90404
Telephone: 720-226-4051
Plaintiff, pro se

Leslie Westmoreland
Westmorelandlw7@gmail.com
1715 East Alluvial Ave. #214
Fresno, CA 93720
Telephone: 559-727-1604
Plaintiff, pro se

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

COMES NOW PLAINTIFF Lenore Albert and requests the Court take judicial notice of the following facts pursuant to Evidence Code 201.

## ADJUDICATIVE FACTS

1. On January 12, 2024, the state court overruled the defendants' demurrers and found two viable causes of action based on mandatory duty and negligence against the State Bar of California and Tyler Technologies, Inc. in the data breach case captioned *Roe 1 v State Bar of California,* Case No. 30-2022-01250695-CU-AT-CXC Attached hereto and fully incorporated herein as **Exhibit 1** is a true and correct copy of the state court's Minute Order dated January 12, 2024.
2. On March 20, 2024, the state court struck the motion to certify the class in the data breach case captioned *Roe 1 v State Bar of California,* Case No. 30-2022-01250695-CU-AT-CXC. Attached hereto and fully incorporated herein as **Exhibit 2** is a true and correct copy of the state court's Minute Order dated March 20, 2024.
3. On July 17, 2024, the California supreme court disbarred the plaintiff.
4. The U.S. Supreme Court did not issue a reciprocal disbarment of Lenore Albert. Attached hereto and fully incorporated herein as **Exhibit 3** is a true and correct copy of the U.S. Supreme Court Certificate in Good Standing dated November 19, 2024.

## RELEVANCE

Adjudicative facts in requests 1 and 2 show that the statute of limitations for plaintiff Lenore Albert has not yet tolled because the Court only struck the motion for class certification. Still, it has not ruled on one yet or dismissed the class allegations. Thus, the plaintiff's negligence claim against Tyler Technologies' is timely.

It also shows that the court overruled the demurrer to the defendant's negligence cause of action on January 12, 2024.

1

**PLAINTIFF LENORE ALBERT'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO TYLER TECHNOLOGIES' MOTION TO DISMISS**
*Albert, et al. v Tyler Technologies, Inc., et al.* Case No. 8:24-cv-01997-WLH (DFMx)

Case 8:24-cv-01997-WLH-DFM    Document 87-8    Filed 10/28/25    Page 5 of 7   Page ID #:3492

Case 8:24-cv-01997-WLH-DFM    Document 82-8    Filed 10/02/25    Page 5 of 7   Page ID #:3401

Exhibit 3 is a counter to the defendant's exhibit showing Albert has respondent to an Order to Show Cause in the Central District. The U.S. Supreme Court considered and did not find the State Bar's finding warranted reciprocal discipline.

Albert's membership in the U.S. Supreme Court is in good standing.

Wherefore, Lenore Albert requests this Court take judicial notice of these adjudicative facts in denying defendant Tyler Technologies' motion to dismiss.

Dated: November 27, 2024        Respectfully Submitted,

/s/ Lenore L. Albert_____
Lenore L. Albert, plaintiff, pro se

2
**PLAINTIFF LENORE ALBERT'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO TYLER TECHNOLOGIES' MOTION TO DISMISS**
*Albert, et al. v Tyler Technologies, Inc., et al.* Case No. 8:24-cv-01997-WLH (DFMx)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and a party to the within action using ECF to file and serve; that I am employed in Orange County, California; my business address is 1968 S Coast Hwy #3960, Laguna Beach, CA 92651. On November 27, 2024, I served a copy of the following document(s) described as:

**PLAINTIFF LENORE ALBERT'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO TYLER TECHNOLOGIES' MOTION TO DISMISS**

On the interested parties in this action as follows:

See Electronic Service list

[x] **BY E-SERVE and EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth. (Per Covid-19 Order)

[] **BY MAIL** – I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as regular US Mail at Huntington Beach, California, to the aforementioned addressee(s).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: November 27, 2024

                                                 /s/Lenore Albert
                                                 Lenore Albert

# ELECTRONIC SERVICE LIST

**For Defendants State Bar of California, Cindy Chan, Benson Hom, Suzanne Grandt, George Cardona, Ruben Duran, Steve Mazer, Leah Wilson**

KEVIN GILBERT, ESQ.
kgilbert@ohhlegal.com
Orbach Huff + Henderson LLP
Pleasanton
6200 Stoneridge Mall Road, Suite 225
Pleasanton, California 94588 (510) 350-3582 Direct

SUZANNE C. GRANDT (304794)
Email: suzanne.grandt@calbar.ca.gov
**THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105-1639 Telephone: 415-538-2388; Facsimile: 415-538-2517

**For Defendant Rick Rankin**
**JEFFER MANGELS BUTLER & MITCHELL LLP**
MICHAEL A. GOLD (Bar No. 90667)
*mgold@jmbm.com*
JUSTIN ANDERSON (Bar No. 328969)
*Janderson@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308 Telephone: (310) 203-8080

**For Defendant Tyler Technologies, Inc.**
Beth Petronia beth.petronio@klgates.com
Zachary T. Timm (SBN 316564) zach.timm@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard Seventh Floor
Los Angeles, California 90067 Telephone: 310.552.5000
Co-plaintiffs by email by consent – as listed on the caption.

George Cardona to be served; serviceofprocess@calbar.ca.gov

 and Chief Justice Patricia Guerrero to be served with summons and complaint.

4
**PLAINTIFF LENORE ALBERT'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO TYLER TECHNOLOGIES' MOTION TO DISMISS**
*Albert, et al. v Tyler Technologies, Inc., et al.* Case No. 8:24-cv-01997-WLH (DFMx)