# EXHIBIT 9

Lenore L. Albert
Email: lenalbert@InteractiveCounsel.com
1968 S Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Plaintiff, pro per

James Ocon
Email: Jim.Ocon@Oconcompany.com
10131 Louise Ave.
Northridge, CA 91325
Telephone: (719) 505-2187
Plaintiff, pro se

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORE ALBERT, et al,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., et al,<br>　　　　　　Defendants. | CASE NO. 8:24-cv-01997-WLH (DFMx)<br><br>**PLAINTIFFS' EVIDENTIARY OBJECTIONS IN OPPOSITION TO TYLER TECHNOLOGIES' MOTION TO DISMISS**<br><br>Complaint filed: 09-16-2024<br>First Amended Complaint filed: 11-04-2024<br><br>Hearing Date: December 20, 2024<br>Time: 1:30PM<br>Ctrm: 9B – 9th Flr |

Ryan McMahon
Email: Codethree53@gmail.com
7533 English Hills Road
Vacaville, CA 95687
Telephone: 707-333-3127

i
**PLAINTIFFS' EVIDENTIARY OBJECTIONS IN OPPOSITION TO TYLER TECHNOLOGIES' MOTION TO DISMISS**
*Albert, et al. v Tyler Technologies, Inc., et al.* Case No. 8:24-cv-01997-WLH (DFMx)

Plaintiff, pro se

Larry Tran
Email: larrylytran@gmail.com
29559 Fitch Ave.
Canyon Country, CA 91351
Telephone: 626-217-7836
Plaintiff, pro se

Theresa Marasco
Email: theresa.marasco@gmail.com
PO Box 1035
Santa Monica, CA 90404
Telephone: 720-226-4051
Plaintiff, pro se

Leslie Westmoreland
Westmorelandlw7@gmail.com
1715 East Alluvial Ave. #214
Fresno, CA 93720
Telephone: 559-727-1604
Plaintiff, pro se

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**COMES NOW PLAINTIFF** Lenore Albert and OBJECTS to the following contained in the following documents submitted by Defendant Tyler Technologies, Inc:

1. Exhibit 1 to Declaration of Zachary Timm (Doc. 80-4) in its entirety on the grounds it is irrelevant to the motion to dismiss. The document is a docket of an order to show cause sitting before Judge Gee as to reciprocal discipline. The docket is not relevant to determine whether or not the plaintiffs adequately stated a claim against the defendant in the First Amended Complaint and on that ground, it should be stricken. (Fed. R. Evid. Rule 401.). Furthermore, it appears the docket was presented to create a bias against the plaintiff in the trial court's eyes. It is unduly prejudicial and confuses the issues. Plaintiff Albert's conduct is not at issue in this case and, as such, should be stricken as unduly prejudicial under Fed. R. Evid. Rule 403.

Wherefore, Lenore Albert requests this Court take judicial notice of these adjudicative facts in denying defendant Tyler Technologies' motion to dismiss.

Dated:  November 27, 2024        Respectfully Submitted,

/s/ Lenore L. Albert_____
Lenore L. Albert, plaintiff, pro se

1
**PLAINTIFFS' EVIDENTIARY OBJECTIONS IN OPPOSITION TO TYLER TECHNOLOGIES' MOTION TO DISMISS**
*Albert, et al. v Tyler Technologies, Inc., et al.* Case No. 8:24-cv-01997-WLH (DFMx)

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and a party to the within action using ECF to file and serve; that I am employed in Orange County, California; my business address is 1968 S Coast Hwy #3960, Laguna Beach, CA 92651. On November 27, 2024, I served a copy of the following document(s) described as:

**PLAINTIFFS' EVIDENTIARY OBJECTIONS IN OPPOSITION TO TYLER TECHNOLOGIES' MOTION TO DISMISS**

On the interested parties in this action as follows:

See Electronic Service list

**[x] BY E-SERVE and EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth. (Per Covid-19 Order)

**[] BY MAIL**– I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as regular US Mail at Huntington Beach, California, to the aforementioned addressee(s).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: November 27, 2024

                                                /s/Lenore Albert_____
                                                    Lenore Albert

**PLAINTIFFS' EVIDENTIARY OBJECTIONS IN OPPOSITION TO TYLER TECHNOLOGIES' MOTION TO DISMISS**
*Albert, et al. v Tyler Technologies, Inc., et al.* Case No. 8:24-cv-01997-WLH (DFMx)

# ELECTRONIC SERVICE LIST

**For Defendants State Bar of California, Cindy Chan, Benson Hom, Suzanne Grandt, George Cardona, Ruben Duran, Steve Mazer, Leah Wilson**

KEVIN GILBERT, ESQ.
kgilbert@ohhlegal.com
Orbach Huff + Henderson LLP
Pleasanton
6200 Stoneridge Mall Road, Suite 225
Pleasanton, California 94588 (510) 350-3582 Direct

SUZANNE C. GRANDT (304794)
Email: suzanne.grandt@calbar.ca.gov
**THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105-1639 Telephone: 415-538-2388; Facsimile: 415-538-2517

**For Defendant Rick Rankin**
**JEFFER MANGELS BUTLER & MITCHELL LLP**
MICHAEL A. GOLD (Bar No. 90667)
*mgold@jmbm.com*
JUSTIN ANDERSON (Bar No. 328969)
*Janderson@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308 Telephone: (310) 203-8080

**For Defendant Tyler Technologies, Inc.**
Beth Petronia beth.petronio@klgates.com
Zachary T. Timm (SBN 316564) zach.timm@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard Seventh Floor
Los Angeles, California 90067 Telephone: 310.552.5000
Co-plaintiffs by email by consent – as listed on the caption.

George Cardona to be served; serviceofprocess@calbar.ca.gov

 and Chief Justice Patricia Guerrero to be served with summons and complaint.

3
**PLAINTIFFS' EVIDENTIARY OBJECTIONS IN OPPOSITION TO TYLER TECHNOLOGIES' MOTION TO DISMISS**
*Albert, et al. v Tyler Technologies, Inc., et al.* Case No. 8:24-cv-01997-WLH (DFMx)