# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| LENORE ALBERT, JAMES OCON, RYAN MCMAHON, LARRY TRAN, THERESA MARASCO; CHAD PRATT; AND LESLIE WESTMORELAND<br><br>Plaintiffs,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC., STATE BAR OF CALIFORNIA; RICK RANKIN, STEVE MAZER, LEAH WILSON, RUBEN DURAN SHERRELL MCFARLANE; KATHERINE KINSEY, BENSON HOM, CINDY CHAN, SUZANNE GRANT, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 8:24-cv-01997-JLS(DFMx)<br>[Assigned to the Hon. Wesley L. Hsu]<br><br>**[PROPOSED] ORDER GRANTING TYLER TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: September 16, 2024<br><br>Hearing Date:   March 7, 2025<br>Time:   10:30 a.m.<br>Courtroom:   8A |

**[PROPOSED] ORDER**

1      Having considered Defendant Tyler Technologies, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion"), and good cause appearing, **IT IS HEREBY ORDERED** that Tyler's Motion is GRANTED in its entirety. Plaintiffs' claims against Tyler are dismissed in their entirety, and Tyler is dismissed as a Defendant to this Case.

Date: _____

                                                                            _____
                                                                            Honorable Josephine L. Staton
                                                                            United States District Judge